UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **RENA MARLA BISSONETTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 5:21-cv-00027-LCB |
| ) | |
| **SOCIAL SECURITY** ) | |
| **ADMINISTRATION,** ) | |
| **COMMISSIONER,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

On January 7, 2021, Plaintiff, Rena Marla Bissonette, filed a Complaint seeking judicial review of the Commissioner of the Social Security Administration's denial of her application for disability benefits. (Doc. 1). She filed an amended complaint on June 7, 2021. (Doc. 4). On October 26, 2021, the Commissioner filed their Answer, and the Court entered its standard briefing letter. (Docs. 11 & 12). The Commissioner filed a brief in support of its position on February 7, 2022. (Doc. 13). Bissonette failed to file a brief in support of her position or a reply.

By failing to file a brief, Bissonette has waived all arguments on appeal. In general, when a party does not elaborate on a claim or provide citation to authority the party abandons the claim. *See, e.g., Outlaw v. Barnhart*, 197 Fed. Appx. 825, 828 n. 3 (11th Cir. 2006) (*per curiam*) (citing *Cheffer v. Reno*, 55 F.3d 1517, 1519

1

n. 1 (11th Cir. 1995); *Zuba-Ingram v. Comm'r of Soc. Sec.*, 600 Fed. Appx. 650, 656 (11th Cir. 2015) (*per curiam*); *Wright v. Kijakazi*, 2021 WL 4315800, at *3-4 (N.D. Ala. Sept. 22, 2021). In this case, Bissonette did not just fail to adequately elaborate on her claims in a brief, she failed to file a brief at all. Accordingly, Bissonette has abandoned all arguments on appeal.

The Court has reviewed the decision of the Administrative Law Judge, (Doc. 11-3 at 18-26), and the accompanying record and finds no clear error. Therefore, the Commissioner's decision is **AFFIRMED**. A final order will be entered separately.

**DONE** and **ORDERED** March 23, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE